DELAWARE RIVER TRANSPORTATION COMPANY, APPELLANT, v. INHABITANTS OF THE CITY OF TRENTON, RESPONDENT.

Submitted June 17, 1914—Decided July 10, 1914.

On appeal from the Supreme Court, whose opinion is reported in 85 *N. J. L.* 479.

For the appellant, *Peter Backes, Gilbert Collins* and *Linton Satterthwaite*.

For the respondent, *Charles E. Bird*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, BERGEN, BLACK, MINTURN, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER, WILLIAMS, JJ. 11.

*For reversal*—None.